UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


JAYNE SAMUELS,

        Plaintiff,

v.                                                                    Case No. 2:20-cv-875-JLB-NPM

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

**ORDER**

      Before the Court are Defendant's Opposed Motion for Stay of Proceedings

(Doc. 11) and Plaintiff's Response (Doc. 13). In this Social Security case, Defendant

requests the Court stay the proceedings for ninety days or until such time as the

Agency regains capacity to produce a certified transcript of the administrative record

necessary to draft an answer and adjudicate the case. (Doc. 11, p. 1). Due to the

current situation in this country, Defendant represents the Agency has transitioned

to a telework environment, but encountered difficulties that impact the operations of

the Social Security Administration's Office of Appellate Operations. (*Id.*, pp. 1-3).

Plaintiff opposes the ninety-day stay and requests a shorter time frame for the stay.

(Doc. 13, p. 4-5).

A court has broad discretion whether to stay a proceeding "as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706-707 (1997). The court must weigh the benefits of the stay against any harms of delay. *Id.* at 707. Here, the Commissioner has provided good cause to extend the deadline to file the certified transcript and answer. But the Court finds a ninety-day extension would cause undue delay. The Court will extend the deadline to file the certified transcript and answer by sixty days.

Accordingly, the Opposed Motion for Stay of Proceedings (Doc. 11) is **GRANTED in part**. The Court extends the deadline for Defendant to file a certified transcript and answer to **March 26, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on February 5, 2021.

Nicholas P. Mizell

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE