UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAYNE SAMUELS,

    Plaintiff,

v.                                                   Case No:  2:20-cv-875-JLB-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that the Commissioner of Social Security's decision denying Plaintiff's application for a period of disability and disability insurance benefits be reversed and this matter remanded.  (Doc. 25.)  Neither party has objected and the time to do so has expired.

    A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.  Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

    After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and made part of this Order for all purposes.

2. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative action consistent with the Report and Recommendation (Doc. 25).

3. Plaintiff is instructed that any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, In re Administrative Orders of the Chief Judge, No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Jayne Samuels and against the Commissioner of Social Security, terminate any pending deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on March 1, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE