UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAYNE SAMUELS,

    Plaintiff,

v.                                                           Case No:   2:20-cv-875-JLB-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 28) be granted in part.  (Doc. 29.)  The Magistrate Judge determined that while counsel's requested hourly rate is reasonable, the requested number of hours is not.  (Id. at 3–4.)  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.

Here, after an independent review of the record, and noting that no objection has been filed, the Court adopts the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 29) is **ADOPTED**.

2. Plaintiff's Unopposed Petition (Doc. 28) is **GRANTED IN PART**. The Court awards Plaintiff $7,608.16 in attorney's fees and $420.85 in costs and expenses for a total award of $8,029.10.

3. The government may pay this sum directly to Plaintiff's counsel assuming Plaintiff does not owe a federal debt.

4. The Unopposed Petition (Doc. 28) is **DENIED** to the extent it seeks any greater or different relief than this Order grants.

5. The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

**ORDERED** at Fort Myers, Florida, on August 19, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE